**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DUANE JOSEPH JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>FREDERICK J. SULLIVAN, *et al.*,<br><br>        Defendants. | Civil Action No. 09-2056 (RBW) |

**ORDER**

This matter is before the Court on the plaintiff's Motion to Issue Alias Summons and Motion for Entry of Default Judgment. The plaintiff represents that Joseph J. Bernard has not yet been served with process, and he asks that the Clerk issue a new summons for service on Mr. Bernard. The motion will be granted. Because Mr. Bernard has not yet been served, the Court will deny the plaintiff's motion for entry of default against him.

It is hereby

ORDERED that the plaintiff's Motion to Issue Alias Summons [Dkt. #38] is GRANTED. The Clerk of Court shall issue a summons and shall cause service to be effected on Joseph J. Bernard in accordance with Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. § 1915(d). It is

FURTHER ORDERED that the plaintiff's motion for entry of default judgement [Dkt. #39] is DENIED.

SO ORDERED.

                                                           /s/
                                            REGGIE B. WALTON
                                            United States District Judge

Date:  April 27, 2010