UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DUANE JOSEPH JOHNSON,                )
                                     )
            Plaintiff,               )
                                     )
     v.                              )    Civil Action No. 09-2056 (RBW)
                                     )
FREDERICK J. SULLIVAN *et al.*       )
                                     )
            Defendants.              )
_____)

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Carl E. Ross as counsel for Defendant in the above captioned case and withdraw the appearance of Assistant United States Attorney Wynne P. Kelly.

Respectfully submitted,

 /s/   Carl E. Ross                .
Carl E. Ross, D.C. Bar No. 492441
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4810
Washington, D.C. 20530

Dated: May 11, 2010